DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ANTHONY WILLIAM URBANSKI,

Appellant,

v.

JENNIFER GRAY,

Appellee.

No. 2D2024-2075
_____

May 28, 2025

Appeal from the Circuit Court for Pasco County; Declan P. Mansfield,
Judge.

Andrew R. Mallory of Hendry and Parker, Dunedin, for Appellant.

No appearance for Appellee.


PER CURIAM.

Anthony William Urbanski raises several issues challenging the
final judgment of injunction for protection against repeat violence that
the trial court issued against him. Because Urbanski has not
established reversible error and the record contains competent,
substantial evidence supporting entry of the final judgment, we affirm.
*See McDonough v. Carver*, 159 So. 3d 926, 927 (Fla. 2d DCA 2015); *see
also* §§ 59.041, 90.104(1)(b), 784.046, 784.048, Fla. Stat. (2024).

Affirmed.

SILBERMAN, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.